# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

No: 20-3461/20-3462

---

Filed: July 07, 2021

M.J., A minor, by and through his guardian, S.J.; S.J.

 Plaintiffs - Appellants

5:18cv577 - SL

v.

AKRON CITY SCHOOL DISTRICT BOARD OF EDUCATION; AKRON CITY SCHOOL DISTRICT; DAVID W. JAMES, Superintendent of Akron City School District (Official Capacity Only); PHILOMENA VINCENTE, JENNIFER RAMON, CHRISTOPHER HENDON, in their Official and Individual Capacities

 Defendants - Appellees

and

JOHN/JANE DOE, Teacher and Employee, is sued in their individual and official capacities

 Defendant

## MANDATE

Pursuant to the court's disposition that was filed 06/15/2021 the mandate for this case hereby issues today.  Affirmed

COSTS: None